Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-12-00296-CV

**IN THE INTEREST OF G.G.M., JR.** and K.R.M., Children

From the County Court At Law No. 1, Webb County, Texas
Trial Court No. 2006CVG000217-C1
Honorable Ron Carr, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  July 11, 2012

DISMISSED FOR LACK OF JURISDICTION

On May 10, 2012, appellant filed a notice of appeal complaining of an order on respondent's motion to transfer venue signed on February 17, 2012. On May 29, 2012, the clerk's record was filed. After reviewing the record, we were unable to locate an order signed on February 17, 2012. We then ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001); *City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988). Appellant filed a response in which he acknowledged that the trial court never signed an order pertaining to the February 17, 2012 hearing; appellant further states that he does not object to dismissal of the appeal without prejudice. Having confirmed that there is no final appealable order, we must

dismiss this appeal.[1]  *See Lehmann*, 39 S.W.3d at 205-06.  Accordingly, this appeal is dismissed

for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

---

[1] This dismissal, however, should not be construed to prevent appellant from later pursuing a timely appeal from an actual final judgment in this case.